ACCEPTED
08-18-00062-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 12:34 PM
DENISE PACHECO
CLERK

NO. 08-18-00062-CR

| | | |
|---|---|---|
| ARMANDO MADRID | § | IN THE COURT OF |
| | § | |
| VS. | § | APPEALS OF THE EIGHTH |
| | § | |
| STATE OF TEXAS | § | DISTRICT OF TEXAS |

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 12:34:33 PM
DENISE PACHECO
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Appellant in the above-entitled and -numbered cause, and files this his Motion for Extension of Time pursuant to TRAP 38.6 and would show the Court as follows:

I.

Brief for Appellant was due on SEPTEMBER 4, 2018. Counsel needs additional time to prepare Appellant's Brief as Counsel has the following schedule:

| | |
|---|---|
| SEPTEMBER 4, 2018 | Mediation on three CPS Cases in Lubbock County - Half Day |
| SEPTEMBER 5, 2018 | Appeal Due in Cause 07-18-00127-CR for the Seventh Court of Appeals (Justin Clark Cyr v. The State of Texas) |
| SEPTEMBER 6, 2018 | CPS Adversarial Hearing in Lubbock County – Contested – Half Day |
| SEPTEMBER 7, 2018 | 2 Final Hearing in CPS Court, Half Day |
| SEPTEMBER 10, 2018 | Appeal Due in Cause |
| SEPTMEBER 11, 2018 | Appeal Due in Cause 11-18-00093-CR for the Eleventh Court |

| | of Appeals (Cristobal Gonzales) |
|---|---|
| SEPTEMBER 12, 2018 | Dawson Docket Day in the 106th District Court of Dawson County (Counsel is the Indigent Defense Attorney via Contract and has approximately 15 Clients on this Docket) – All Day |
| SEPTEMBER 13, 2018 | Gaines County Docket Day in the 106th District Court of Gaines County (Cousel is the Indigent Defense Attorney via Contract and has approximately 10 Clients on this Docket) – All Day |

II.

This motion is not made for the purposes of delay and this is the First Motion for Extension to be filed on this Cause.

WHEREFORE, PREMISES CONSIDERED, Appellant humbly requests that this Court extend the time to file Appellant's Brief to FRIDAY, SEPTEMBER 14TH, 2018 so that Appellant's Brief can be timely filed.

**/S/ ARTHUR "ARTIE" AGUILAR JR**

**ARTHUR "ARTIE" AGUILAR JR**
**ATTORNEY AT LAW**
5109 82ND ST, SUITE 7, BOX 192
LUBBOCK, TEXAS 79424
Ph. No. (806) 200-2051
Fax No. (800)693-7091
SBN: 24004427
artieaguilar@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above motion has been delivered to all the parties as noted below via EMAIL today.

HONORABLE TIMOTHY MASON
ANDEWS COUNTY CRIMINAL DISTRICT ATTORNEY
201 N MAIN STREET
ANDREWS, TX 79714
1-432-524-1405
tmason@co.andrews.tx.us

/S/ ARTHUR "ARTIE" AGUILAR JR
ARTHUR "ARTIE" AGUILAR JR

## CERTIFICATE OF CONFERENCE

I certify that on SEPTEMBER 4th, 2018, I called the party in this Cause Number and the response to this MOTION is as follows:


HONORABLE TIMOTHY MASON
ANDEWS COUNTY CRIMINAL DISTRICT ATTORNEY
201 N MAIN STREET
ANDREWS, TX 79714
1-432-524-1405
tmason@co.andrews.tx.us          **RESPONSE: NO OBJECTION**



/S/ ARTHUR "ARTIE" AGUILAR JR
ARTHUR "ARTIE" AGUILAR JR


## CERTIFICATE OF COMPLIANCE WITH TRAP 9.4

This is to certify the following:

- This document has been produced on a computer with Times New Roman size 14-point.

- This document contains 488 words and I am relying on the word count of the Microsoft Word 2010 version.



/S/ ARTHUR "ARTIE" AGUILAR JR
ARTHUR "ARTIE" AGUILAR JR